IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE SHERMAN,

    Petitioner,

  vs.

YOLO COUNTY CHIEF
PROBATION OFFICER,

    Respondent.

No. 2:07-cv-01645-MCE DAD P

<u>ORDER</u>

/

    Petitioner is proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the conditions of his probation. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On October 16, 2008, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

///

///

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
2 this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire
3 file, the court finds the findings and recommendations to be supported by the record and by
4 proper analysis.
5   Accordingly, IT IS HEREBY ORDERED that:
6   1.  The findings and recommendations filed October 16, 2008, are adopted in full;
7   2.  Petitioner's application to proceed in forma pauperis is granted;
8   3.  Petitioner's application for writ of habeas corpus is dismissed without
9 prejudice to its refiling with a copy of an order from the Ninth Circuit authorizing petitioner to
10 file a second or successive petition; and
11   4.  This action is closed.

Dated: November 14, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE